UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

v.                                                     Case No. 2:17-mj-40
                                                   HON. TIMOTHY P. GREELEY

MARTIRES ENRIQUE MARTEL,

            Defendant.
_____/

## ORDER OF DETENTION

      Defendant appeared before the undersigned on November 15, 2017, for an initial appearance on a criminal complaint charging defendant with Reentry of a Removed Alien. The Court was advised by pretrial services that there is a detainer lodged for this defendant making him ineligible for release on bond. The government agreed and defense counsel has not received information to dispute that assessment.

      Defendant shall be detained pending further proceedings, but if he becomes eligible for release at a later time, he may request a hearing.

      IT IS SO ORDERED.

                                                          /s/ Timothy P. Greeley
                                                          TIMOTHY P. GREELEY
                                                          UNITED STATES MAGISTRATE JUDGE

Dated: November 16, 2017